NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5145

ROBERT W. DAVIS, NANCY DAVIS, MARTHA H. DYKES,
MANUEL G. GALVIZ, ANITA C. GALVIZ, WILLIAM GOLDING,
CONNIE GOLDING, PETER T. KOCH, KARIN P. KOCH, CORWIN H. MEYER,
LYNN G. MEYER, GORDON L. SMITH, ANN B.SMITH, BARRY A. STEIN,
and ROSABETH M. KANTER,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 02-CV-1079,
Judge Lawrence J. Block.

ON MOTION

## O R D E R

The appellants move without opposition for a 6-day extension of time, until April 21, 2009, to file their response to the court's November 6, 2008 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Sallie W. Gladney, Esq.
      Deborah K. Snyder, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 7 2009

JAN HORBALY
CLERK